UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CHARLETTE MAYFIELD, CLAUDE MILLIEN,
and EBONY PORTER, individually and on behalf
of all persons similarly situated,

                Plaintiffs,

-against-

ASTA FUNDING, INC., ASTA JOHN/JANE
DOES 1-20, PALISADES COLLECTION, LLC,
GARY STERN, PALISADES COLLECTION
JOHN/JANE DOES 1-20, PRESSLER &
PRESSLER, LLP, RICHARD A. FRANKLIN,
TIN-AN A. WANG, MITCHELL E. ZIPKIN,
CRAIG STILLER, and PRESSLER JOHN/JANE
DOES 1-20,

                Defendants.

14 Civ. 2591 (LAP) (JLC)

[PROPOSED]
SCHEDULING ORDER

The Court hereby enters the following Scheduling Order with respect to discovery regarding class certification:

1. The parties shall serve initial disclosures by **May 15, 2015**.

2. Plaintiffs shall serve initial requests for production of documents and initial interrogatories by **May 15, 2015**.

3. Defendants shall serve initial requests for production of documents and initial interrogatories, and Plaintiffs shall serve initial notices for depositions pursuant to Fed. R. Civ. P. 30(b)(6), by **June 15, 2015**.

4. The parties shall produce documents related to the initial disclosures regarding the three named plaintiffs in this action by **June 23, 2015**.

5. By **July 24, 2015**, Defendants shall (a) produce 250 randomly sampled class member files; (b) commence production of emails; and (c) substantially complete production of

other documents. Defendants shall produce additional emails and additional class member files on a rolling basis after **July 24, 2015**. Also by **July 24, 2015**, plaintiffs shall produce documents responsive to Defendants' initial requests for production of documents. Nothing in this schedule shall prejudice any party's ability to raise any objections to discovery permitted by the federal rules.

6. The parties shall conduct depositions of individual parties, Defendants' 30(b)(6) witnesses, and other witnesses noticed by the parties during the months of **August and September, 2015**.

7. The parties shall appear for a status conference before the Court during the week of **August 10, 2015**, subject to the convenience of the Court. At that conference, the Court shall set a deadline for the completion of remaining document production.

8. All remaining class certification discovery shall be completed by **December 15, 2015**.

9. Plaintiffs shall submit any motion for class certification by **January 29, 2016**. Defendants shall submit any opposition to such motion by **February 26, 2016**. Plaintiffs shall submit any reply by **March 18, 2016**.

IT IS SO ORDERED.

Dated: New York, New York.
May 7, 2015

_Loretta A. Preska_
Hon. Loretta A. Preska
U.S.D.J.