UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLETTE MAYFIELD, CLAUDE MILLIEN, and EBONY PORTER, individually and on behalf of all person similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>ASTA FUNDING, INC. et al.,<br><br>Defendants. | No. 14-CV-2591 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court approves the parties' actions set out in the letter of December 2, 2020. (Dkt. no. 133.)  Counsel shall submit a proposed judgment.

**SO ORDERED.**

Dated:    December 3, 2020
            New York, New York

                                    _/s/ Loretta A. Preska_
                                    LORETTA A. PRESKA
                                    Senior United States District Judge